**Heather A. Bowman, OSB No. 073257**
Email:  bowman@bodyfeltmount.com
**Kristen L. Stedman, OSB No. 124655**
Email:  stedman@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon  97204
Telephone:  (503) 243-1022
Facsimile:  (503) 243-2019

    Of Attorneys for Defendant Funtime R.V., Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **DOLORES CATANA CORTEZ**,<br><br>                    Plaintiff,<br><br>v.<br><br>**FUNTIME R.V., INC.**, an Oregon corporation; and **QUIRIO RAYMUNDO ALARCON ELIZONDO**, aka **QUIRIO ALARCON-ELIZONDO**, aka **QUIRIO ALARCON**, an individual,<br><br>                    Defendants. | Case No. 3:15-cv-02366-YY<br><br>**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY**<br>Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their counsel of record, hereby stipulate that this action and

/ / /

/ / /

/ / /

/ / /

STIPULATED NOTICE OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS
OR FEES TO ANY PARTY – Page 1

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

all claims and counterclaims herein shall be dismissed with prejudice and without attorney fees or costs to any party.

IT IS SO STIPULATED:

| SAFE HARBOR LAW, LLC | BODYFELT MOUNT LLP |
|---|---|
| By:   s/ Alana G. I. Simmons<br>Alana G. I. Simmons, OSB No. 143456<br>Email:  alana@safe-harbor-law.com<br>Phone:  (971) 361-8009<br>Fax:  (971) 279-2039<br><br>Date: July 18, 2016<br><br>Of Attorneys for Plaintiff | By:   s/ Heather A. Bowman<br>Heather A. Bowman, OSB No. 073257<br>Email:  bowman@bodyfeltmount.com<br>Phone:  (503) 243-1022<br>Fax:  (503) 243-2019<br><br>Date: July 19, 2016<br><br>Attorneys for Defendant Funtime R.V., Inc. |
| HOLLANDER LEBENBAUM & GANNICOTT | DUNN CARNEY ALLEN HIGGINS & TONGUE LLP |
| By:   s/ Jovanna L. Patrick<br>Jovanna L. Patrick, OSB No. 111339<br>Email:  jovanna@hollanderlaw.com<br>Phone:  (503) 222-2408<br>Fax:  (503) 222-0659<br><br>Date: July 18, 2016<br><br>Of Attorneys for Plaintiff | By:   s/ Allyson S. Krueger<br>Allyson S. Krueger, OSB No. 965199<br>Email:  akrueger@dunncarney.com<br>Phone:  (503) 224-6440<br>Fax:  (503) 224-7324<br><br>Date: July 18, 2016<br><br>Attorneys for Defendant Quirio Raymundo Alarcon Elizondo |

Consent of all counsel to esign this stipulation on their behalf was provided via email.

     s/ Heather A. Bowman
Heather A. Bowman, OSB No. 073257
Of Attorneys for Defendant Funtime R.V., Inc.

STIPULATED NOTICE OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS
OR FEES TO ANY PARTY – Page 2

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY on the following attorneys on the date noted below via the following method:

| | |
|---|---|
| Alana G. I. Simmons<br>Safe Harbor Law, LLC<br>5400 NE 30th Ave., #106<br>Portland, OR 97211<br>Fax: (971) 279-2039<br>Email: alana@safe-harbor-law.com<br><br>Jovanna L. Patrick<br>Hollander, Lebenbaum & Gannicott<br>1500 SW First Ave., Suite 700<br>Portland, OR 97201<br>Fax: (503) 222-0659<br>Email: jovanna@hollanderlaw.com<br><br>*Of Attorneys for Plaintiff* | Allyson S. Krueger<br>Dunn Carney Allen Higgins & Tongue LLP<br>851 SW Sixth Avenue, Suite 1500<br>Portland, OR 97204-1357<br>Fax: (503) 224-6440<br>Email: akrueger@dunncarney.com<br><br>*Of Attorneys for Defendant Quirio Raymundo Alarcon Elizondo, aka Quirio Alarcon-Elizondo, aka Quirio Alarcon* |

Method:  ☐ US Mail, postage prepaid
         ☐ Facsimile
         ☐ Hand Delivery
         ☒ CM/ECF Electronic Service

Dated this 19th day July, 2016.

BY:   s/ Heather A. Bowman
      Heather A. Bowman, OSB No. 073257
      Email: bowman@bodyfeltmount.com
      Kristen L. Stedman, OSB No. 124655
      Email: stedman@bodyfeltmount.com
      Phone: (503) 243-1022
      Fax: (503) 243-2019

      Of Attorneys for Defendant Funtime R.V., Inc.

CERTIFICATE OF SERVICE – Page 1

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019